E-FILED
Friday, 22 January, 2016  03:11:43 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RANDALL G. JARRETT,<br>        Plaintiff,<br><br>v.<br><br>ALLAN DORAN, *et al.*,<br>        Defendants. | Case No. 1:15-cv-01343-JBM-JEH |

### Report and Recommendation

The Plaintiff, Randall G. Jarrett, filed his Complaint (Doc. 1) on August 17, 2015. On December 14, 2015, the Court entered an Order setting a Rule 16 scheduling conference for January 14, 2016. In addition to that Order, a Text Order was entered on December 14, 2015 noting that mail sent to the Plaintiff was returned as undelivered and reminding the Plaintiff that he was to notify the Court of any change of address pursuant to Local Rule 16.3(K). Local Rule 16.3(K) provides, "Every pro se plaintiff must notify the clerk of this court in writing of any change of address during the entire pendency of his case. Failure to notify the clerk of a change of address will result in the dismissal of the case."

On January 5, 2016, Plaintiff Jarrett phoned chambers confirming his mailing address was currently correct and providing a phone number for the court to reach him for the January 14, 2016 hearing. On January 14, 2016, the Court was not able to reach the Plaintiff for the Rule 16 Scheduling Conference set that day. As a result, the Court ordered the Plaintiff to show cause why he should not be held in contempt of court for failing to be available for the Rule 16 Scheduling Conference. In the Show Cause Text Order, the Court noted that the Plaintiff had provided it with a contact number only nine days earlier, yet he was

not able to be reached. The Show Cause hearing was set for January 22, 2016 and required the Plaintiff to appear in person on that date. The Rule 16 Scheduling Conference was also continued to that date. The Clerk of Court mailed the January 14, 2016 Text Order to the Plaintiff via certified mail.

The Plaintiff failed to appear for the January 22, 2016 Show Cause hearing. Accordingly, the Court recommends that the Plaintiff's case be dismissed for failure to prosecute and for failure to comply with a Court order pursuant to Federal Rule of Civil Procedure 41(b).

The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk within fourteen (14) days after service of this Report and Recommendation. FED. R. CIV. P. 72(b)(2); 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Lorentzen v. Anderson Pest Control*, 64 F.3d 327, 330 (7th Cir. 1995).

*It is so recommended.*

Entered on January 22, 2016

s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE